DAJ

**FILED**

**NOVEMBER 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

**07 C 6227**

In the Matter of                                        Case Number:

GARELLI WONG & ASSOCIATES, INC.
v.
WILLIAM M. NICHOLS,

**JUDGE KOCORAS**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Garelli Wong & Associates, Inc.

| | |
|---|---|
| NAME (Type or print) <br> David N. Michael | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David N. Michael | |
| FIRM <br> Gould & Ratner LLP | |
| STREET ADDRESS <br> 222 N. LaSalle Street, 8th Floor | |
| CITY/STATE/ZIP <br> Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216553 | TELEPHONE  NUMBER <br> 312.236.3003 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |