IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARELLI WONG & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 07 C 6227 |
| ) | |
| WILLIAM M. NICHOLS, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF GARELLI WONG & ASSOCIATES, INC.'S FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Garelli Wong & Associates, Inc. files this Financial Disclosure Statement and provides the following information required by Rule 7.1:

1.   All parent, subsidiary, or affiliate entities that have issued stock or debt securities to the public and any publicly held entity that owns 10% or more of its stock:

   **Disclosure: MPS Group, Inc.**

2.   All parties in the partnerships, general or limited, or owners or members or non-publicly traded entities such as LLCs or other closely held entities:

   **Disclosure: None.**

382046.1 90072.060

Dated this 5th day of November, 2007.

                **THE PLAINTIFF,**
                **GARELLI WONG & ASSOCIATES, INC.**

                By:   /s/ David N. Michael
                **DAVID N. MICHAEL** (ARDC # 6216553)
                **GOULD & RATNER LLP**
                222 North LaSalle Street
                Suite 800
                Chicago, Illinois 60601
                P: 312.236.3003
                F: 312.236.3241

                **Attorney for Plaintiffs**