AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GARELLI WONG & ASSOCIATES, INC.

V.

WILLIAM M. NICHOLS

CASE NUMBER: **07 C 6227**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KOCORAS
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

William M. Nichols, 5638 N. Karlov Ave., Chicago, IL 60646

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David N. Michael
Gould & Ratner LLP
222 N. LaSalle St., Suite 800
Chicago, IL 60601
(312) 236-3003

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

**NOVEMBER 5, 2007**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  11/6/07 |
| NAME OF SERVER *(PRINT)*  JACK KING | TITLE  LICENSED PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: EILEEN NICHOLS

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/07　　　*Signature of Server*  /s/ Jack King
　　　　　　　　Date

CADILLAC INVESTIGATIONS CORP.
77 W. WASHINGTON #705
CHICAGO, IL 60602

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.