**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Garelli Wong & Associates, Inc.

Plaintiff,

v.                                                    Case No.: 1:07−cv−06227
                                                      Honorable Charles P. Kocoras

William M. Nichols

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 19, 2007:

        MINUTE entry before Judge Charles P. Kocoras :Status hearing set for 1/15/2008
at 09:30 AM. At the initial hearing, parties to report on the following: 1. Possibility of
settlement. 2. If no possibility of settlement exists, the nature and length of discovery
necessary to prepare the case for resolution. Plaintiff is directed to advise all other parties
of the Court's action herein. Lead counsel for each party is required to attend the initial
hearing.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.