UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARELLI WONG & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 07 C 6227 |
| | ) | |
| WILLIAM M. NICHOLS, | ) | Judge Kocoras |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, December 4, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in Courtroom Number 1725, located in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and present Defendant's Motion to Dismiss, a copy of which was previously served upon Plaintiff's counsel.

/s Daniel P. Hogan

Daniel P. Hogan
Attorney No. 6182808
McCabe & Hogan, P.C.
19 S. Bothwell Street, Suite 200
Palatine, IL 60067
Telephone:   847-359-6100
Facsimile:   847-359-6105
E-mail:      dhogan@mccabehogan.com

## CERTIFICATE OF SERVICE

I, Daniel P. Hogan, an attorney, certify that service of Defendant's Notice of Motion to Dismiss on Plaintiffs' counsel was accomplished pursuant to ECF.

                                                s/ Daniel P. Hogan
                                                Daniel P. Hogan