UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Garelli Wong & Associates, Inc.
                                Plaintiff,

v.                                                    Case No.: 1:07−cv−06227
                                                      Honorable Charles P. Kocoras

William M. Nichols
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

MINUTE entry before Judge Charles P. Kocoras :Motion hearing held on 12/4/2007. Plaintiff is given to 12/11/2007 to answer defendant's motion [9] to dismiss. Defendant's reply is due 12/18/2007. Ruling set for 1/16/2008 at 9:30 a.m. Status hearing set for 1/15/2008 is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.