## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6227 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Garelli Wong & Associates, Inc. vs. Nichols | | |

**DOCKET ENTRY TEXT**

Ruling held on 1/16/2008. Defendant's motion [9] to dismiss is granted. Count III is dismissed for failure to state a claim. Counts I and II are dismissed for lack of subject matter jurisdiction.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:09

| | Courtroom Deputy Initials: | SCT |
|---|---|---|