# United States District Court
## Northern District of Illinois
### Eastern Division

Garelli Wong & Associates, Inc.          **JUDGMENT IN A CIVIL CASE**

    v.          Case Number: 07 C 6227

William M. Nichols

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Count III is dismissed for failure to state a claim. Counts I and II are dismissed for lack of subject matter jurisdiction.

              Michael W. Dobbins, Clerk of Court

Date: 1/16/2008         _____

              /s/ Stephen C. Tokoph, Deputy Clerk